IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARLTON GARY,

    Plaintiff,

v.                                              5:13cv416-WS

M&S FOOD,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation docketed April 17, 2014. See Doc. 12. The magistrate judge recommends that this case be dismissed for failure to state a claim upon which relief may be granted. The plaintiff has since filed what he has entitled a motion to alter or amend judgment. Doc. 13. Because no judgment has yet been entered, the court has construed the motion as objections to the report and recommendation. See 28 U.S.C. § 636.

Having considered the record in light of the plaintiff's objections, the court finds that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 12) is hereby ADOPTED and incorporated by reference into this order.

2.  The plaintiff's complaint and this action are DISMISSED for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

3.  The clerk shall enter judgment stating: "All claims are DISMISSED for failure to state a claim."

DONE AND ORDERED this     28th     day of     April    , 2014.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE