UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARLTON GARY,

      Plaintiff,

v.                                        Case No. 5:13cv416/WS/CJK

M & S FOOD,

      Defendant.

_____/

REPORT AND RECOMMENDATION

      This matter is before the court upon referral from the clerk.  On December 30, 2013, plaintiff initiated this case by filing a civil rights complaint pursuant to 42 U.S.C. § 1983.  (Doc. 1).  The complaint alleged defendant M&S Food provided "poison meat" to Polk Correctional Institution that caused plaintiff to suffer from food poisoning.  (Doc. 1, p. 1).  After cautioning plaintiff that M&S Food was not a state actor under the allegations of the complaint and, therefore, could not be sued under § 1983, the court allowed plaintiff the opportunity to amend the complaint and clarify his allegations.  (Doc. 10).  Plaintiff filed an amended complaint (doc. 11) nearly identical to the complaint (doc. 7) the court ordered plaintiff to amend.[1] Accordingly, the undersigned recommended plaintiff's complaint be dismissed for failure to state a claim.  (Doc. 12).  On April 28, 2014, the district court judge issued an order adopting the Report and Recommendation and dismissed plaintiff's claims.

---

[1] Plaintiff had previously been directed to amend his complaint because it was not filed on the required Northern District of Florida form. (Doc. 3).

(Doc. 14).  Plaintiff did not appeal the district court judge's decision.

On June 18, 2014, plaintiff filed a third amended complaint (doc. 16).  Review of the third amended complaint revealed plaintiff was attempting to bring the same claims the court had previously dismissed.  Nothing in plaintiff's third amended complaint undermined the court's prior conclusion that defendant M&S Food was not a state actor for purposes of a § 1983 claim.  Thus, the court issued an order on December 2, 2014, directing plaintiff to show cause why this case should not be dismissed with prejudice.  To date, plaintiff has failed to respond to the show cause order.

Accordingly, it is respectfully RECOMMENDED:

1.      That plaintiff's third amended complaint (doc. 16) be DISMISSED WITH PREJUDICE.

2.      That the clerk be directed to close the file and accept no further filings in this case.

At Pensacola, Florida, this 5th day of January, 2015.

/s/ *Charles J. Kahn, Jr.*

**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).